IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06-CR-00071-HTW-JCS

CONNIE LARABEL

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Information against CONNIE LARABEL that was filed on April 25, 2006 without prejudice as the defendant has pled guilty to the superseding information filed on August 15, 2006.

DUNN LAMPTON
United States Attorney

By:  s/ *Jerry L. Rushing*
JERRY L. RUSHING
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 8th day of November, 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE